# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

156341(54)

SEJASMI INDUSTRIES, INC.,
        Plaintiff/Counterdefendant-
        Appellee,

v

SC: 156341
COA: 336205
Macomb CC: 2014-004273-CB

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
        Defendant/Cross-Defendant,
and

QUALITY CAVITY, INC.,
        Defendant/Counterplaintiff/Cross-
        Plaintiff/Third-Party Plaintiff-
        Appellant,
and

NKL MANUFACTURING, INC.,
        Third-Party Defendant.
_____/

        On order of the Chief Justice, the motion of the American Mold Builders Association *et al.* to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on October 26, 2017, is accepted for filing.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2017

Clerk